UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUAN MANUEL ANTONIO,<br><br>　　　　　　　Defendant. | 13 Cr. 438-9 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　On April 1, 2020, Defendant Juan Manuel Antonio was arrested in the Northern District of New York for violation of the conditions of his supervised release. (Minute Entry for April 1, 2020). On April 16, 2020, Defendant appeared before the Honorable Judith C. McCarthy for an initial appearance, at which time Defendant denied the specifications against him and consented to detention. (Minute Entry for April 16, 2020). The Court wishes to resolve this matter promptly, and therefore ORDERS that the parties appear for a remote videoconference on **May 13, 2020, at 10:30 a.m.** The parties should provide the Court with any information or materials it may need to resolve this matter by no later than 5:00 p.m. on May 11, 2020.

　　SO ORDERED.

Dated:　April 16, 2020
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge